| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) ss.: | **AFFIDAVIT OF** |
| COUNTY OF NEW YORK | ) | **PERSONAL SERVICE** |

EDWARD T. O'CONNELL
13, WILLIAM ST. APT. 2, being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and resides at the address shown above or at
GARFIELD, NJ 07026

**On January 24, 2006**

deponent served the within: **Summons, Complaint, Assigned Judge's Individual Rules; USDC/SDNY Instructions for Filing an Electronic Case on Appeal; USDC/SDNY Procedures for Electronic Case Filing; USDC/SDNY Guidelines for Electronic Case Filing in Case No. 06 CV 00313**
To Commence an action against the following parties:
George W. Bush, President of the United States;
Michael D. Maples, Director,
DEFENSE INTELLIGENCE AGENCY;
LTG Keith B. Alexander, Director,
NATIONAL SECURITY AGENCY;
Peter J. Goss, Director,
CENTRAL INTELLIGENCE AGENCY;
Michael Chertoff, Secretary,
DEPARTMENT OF HOMELAND SECURITY;
Robert S. Mueller III, Director,
FEDERAL BUREAU OF INVESTIGATION;
John D. Negroponte, Director of National Intelligence

**upon:**

U.S. Attorney for the
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007

the attorney(s) in this action by delivering **1** true copy thereof to said individual personally. Deponent knew the person so served to be the person mentioned and described in said papers as the Attorney(s) herein.

**Sworn to before me on January 24, 2006**

_____                    _Edward O'Connell_____
**TINA A. FISHER**
Notary Public State of New York
No. 02FI5023658
Qualified in New York County
Commission Expires Feb 14, 2006

| | | |
|---|---|---|
| STATE OF NEW YORK ) | | |
| ) ss.: | | **AFFIDAVIT OF SERVICE** |
| COUNTY OF NEW YORK ) | | **BY MAIL** |

EDWARD T. O'CONNELL, being duly sworn, depose and say that deponent is not a
'13 WILLIAM ST. APT. 2
party to the action, is over 18 years of age and resides at the address shown above or at
GARFIELD, NJ 07026

**On January 24, 2006**

deponent served the within: **Summons, Complaint, Assigned Judge's Individual Rules; USDC/SDNY Instructions for Filing an Electronic Case on Appeal; USDC/SDNY Procedures for Electronic Case Filing; USDC/SDNY Guidelines for Electronic Case Filing in Case No. 06 CV 00313**

**upon:**

George W. Bush, President of the United States
The White House
1600 Pennsylvania Ave
Washington, D.C. 20500

Michael D. Maples, Director of the Defense Intelligence Agency
Building 6000
Washington, D.C. 20340-5100

LTG Keith B. Alexander. Director of the National Security Agency
9800 Savage Avenue
Ft. George G. Meade, Maryland 20755-6716

Porter J. Goss, Director of the Central Intelligence Agency
CIA Headquarters
Washington, D.C 20505

Michael Chertoff, Secretary of Homeland Security
U.S. Department of Homeland Security
Washington, D.C. 20528

Robert S. Mueller III, Director of the Federal Bureau of Investigation
J Edgar Hoover Building
935 Pennsylvania Avenue
Washington, D.C. 20535

John D. Negroponte, Director of National Intelligence
Washington, D.C. 20511

the address(es) designated by said attorney(s) for that purpose by depositing **1** true copy(ies) of same, in a postpaid properly addressed wrapper in a Post Office Mail Depository, under the exclusive custody and care of the United States Postal Service, within the State of New York.

Sworn to before me on January 24, 2006

TINA A. FISHER
Notary Public State of New York
No. 02FI5023658
Qualified in New York County
Commission Expires Feb 14, 2006

Edward O'Connell

STATE OF NEW YORK      )
                       )      ss.:        **AFFIDAVIT OF SERVICE**
COUNTY OF NEW YORK     )                  **BY MAIL**

EDWARD T. O'CONNELL being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and resides at the address shown above or at
13 WILLIAM ST. APT. 2
GARFIELD, NJ 07026

**On January 24, 2006**

deponent served the within: deponent served the within: **Summons, Complaint, Assigned Judge's Individual Rules; USDC/SDNY Instructions for Filing an Electronic Case on Appeal; USDC/SDNY Procedures for Electronic Case Filing; USDC/SDNY Guidelines for Electronic Case Filing in Case No. 06 CV 00313**
To Commence an action against the following parties:
George W. Bush, President of the United States;
Michael D. Maples, Director,
DEFENSE INTELLIGENCE AGENCY;
LTG Keith B. Alexander, Director,
NATIONAL SECURITY AGENCY;
Peter J. Goss, Director,
CENTRAL INTELLIGENCE AGENCY;
Michael Chertoff, Secretary,
DEPARTMENT OF HOMELAND SECURITY;
Robert S. Mueller III, Director,
FEDERAL BUREAU OF INVESTIGATION;
John D. Negroponte, Director of National Intelligence

**upon:**

**Attorney General**
**Department of Justice**
**950 Pennsylvania Avenue, N.W.**
**Washington, D.C. 20530-0001**

the address(es) designated by said attorney(s) for that purpose by depositing **1** true copy(ies) of same, in a postpaid properly addressed wrapper in a Post Office Mail Depository, under the exclusive custody and care of the United States Postal Service, within the State of New York.

Sworn to before me on January 24, 2006

_/s/ Tina A. Fisher_                                    _/s/ Edward T. O'Connell_
TINA A. FISHER
Notary Public State of New York
    No. 02FI5023658
 Qualified in New York County
Commission Expires Feb 14, 2006